# ELECTRONIC RECORD

*1425·14*

COA # 10-13-00368-CR          OFFENSE: POSS. OF A CONT. SUB.

STYLE: MASON, RYAN KEITH          COUNTY: Ellis

COA DISPOSITION: AFFIRM          TRIAL COURT: 40th District Court

DATE: 10/09/2014          Publish: NO          TC CASE #: 36947CR

# IN THE COURT OF CRIMINAL APPEALS

STYLE: MASON, RYAN KEITH v.          CCA #: *1425·14*

*PRO SE* _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___*REFUSED*_____          JUDGE: _____

DATE: *04/01/2015*          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD